## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. The Trustee consulted with the Debtor's attorney and the United States Trustee's office regarding the voluntary conversion of the Debtor's Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code;

B. The Trustee assessed the value of the Debtor's interest in the real property commonly known as 269 West Washington, Oswego, Illinois (the "Property") to the Estate, the Trustee negotiated with the Debtor for a settlement of the Estate's interest in the Property; the Trustee prepared and presented her Motion to Compromise; and pursuant to this Court's order dated October 20, 2006, the Trustee was authorized to settle the Estate's interest and recovered gross proceeds of $8,500.00;

C. The Trustee prepared semi-annual reports to the United States Trustee's Office;

D. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements;

E. The Trustee examined the Debtors' records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets;

F. The Trustee addressed tax matters concerning the Estate including, preparation and filing of Estate tax returns; and

G. The Trustee reviewed the claims filed in this case; the Trustee corresponded with creditors to notify them of the likelihood of distribution in this case; and Trustee obtained the voluntary withdrawal of an improperly filed secured claim.

**EXHIBIT A**