**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MARY JO MILLER, | ) | CASE NO. 05-38017 BWB |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **U.S. BANKRUPTCY COURT, 219 S DEARBORN ST. CHICAGO, IL. 60604**

   On: **SEPTEMBER 14, 2007**

   At: **9:15 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                        $         8,542.68

   b. Disbursements                                   $             6.07

   c. Net Cash Available for Distribution             $         8,536.61

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 1,604.27 | $ 76.20 |
| Popowcer Katten, Ltd., *Trustee's Accountant (Other Firm)* | $ 0.00 | $ 760.00 | $ 0.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm)* | $ 0.00 | $ 7,228.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $1,059.84, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%[1].

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Premier Bankcard | $ 492.68 | $ 492.68 |
| 3 | Midwest Heart Specialists | $ 235.50 | $ 235.50 |
| 4 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card | $ 331.66 | $ 331.66 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **AUGUST 13, 2007**              For the Court,

                                By: **KENNETH S GARDNER**
                                Kenneth S. Gardner
                                Clerk of the United States Bankruptcy Court
                                219 S. Dearborn Street, 7th Floor
                                Chicago, IL 60604

---

[1] Trustee and Trustee's Attorneys have agreed to voluntarily subordinate their claims for fees to other administrative claims and the timely and tardily general filed unsecured claims in this case as of June 26, 2007.

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8017   Doc 47   Filed 08/13/07   Entered 08/16/07 00:28:27   Desc Imaged
               Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: sward              Page 1 of 1              Date Rcvd: Aug 13, 2007
Case: 05-38017                    Form ID: pdf002          Total Served: 31

The following entities were served by first class mail on Aug 15, 2007.
db         +Mary Jo Miller,    269 West Washington Street,    Oswego, IL 60543-9817
aty        +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
aty        +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
             Chicago, IL 60603-6324
aty        +Deborah Ebner,    Law Office of Deborah K. Ebner,    11 E Adams St Ste 800,
             Chicago, IL 60603-6324
aty        +John F. Torres,    Law Offices of John F. Torres,    4336 Saratoga Ave,    Suite 201,
             Downers Grove, IL 60515-2874
aty        +Yanick Polycarpe,    Pierce and Associates, P.C.,    1 North Dearborn   Suite 1300,
             Chicago, IL 60602-4331
tr         +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
cr         +Countrywide Home Loans, Inc.,    2270 Lakeside Blvd.,    Third Floors 75024,
             Richardson, TX 75082-4304
acc        +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 1550,    Chicago, Il 60601-2124
cr          eCAST Settlement Corporation assignee of HSB,    POB 35480,    Newark, NJ 07193-5480
9837842    +Capital One Bank,    11013 W. Broad Street,    Glen Allen, VA 23060-5937
9837841    +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
9837843    +Countrywide Home Loans,    P. O. Box 650070,    Dallas, TX 75265-0070
9837847     Ecast Settlement Corporation,    HSBC Bank Nevada NA / HSBC Card,    Services III,    PO Box 35480,
             Newark, NJ 07193-5480
9837844    +First National Bank Of Marin Card,    P. O. Box 98872,    Las Vegas, NV 89193-8872
9837845    +First Premier Bank,    P. O. Box 5524,    Sioux Falls, SD 57117-5524
9837846    +Franklin Collection Services,    P. O. Box 3910,    Tupelo, MS 38803-3910
9837840    +Illini Legal Services,    1700 North Farnsworth Ave,    Aurora, IL 60505-1523
9837848    +MacNeil Hospital,    3249 Oak Park Avenue,    Berwyn, IL 60402-0715
9837849    +Midwest Heart Specialists,    3496 Paysphere Circle,    Chicago, IL 60674-0034
9837839    +Miller Mary Jo,    269 West Washington Street,    Oswego, IL 60543-9817
9837851    +NCO Financial Services,    507 Prudential Road,    Horsham, PA 19044-2368
9837850    +National Asset Recovery Services,    P. O. Box 701,    Chesterfield, MO 63006-0701
9837852    +Nissan Motor Acceptance,    P. O. Box 660366,    Dallas, TX 75266-0366
9837853    +Orchard Bank,    P.O. Box 19360,    Portland, OR 97280-0360
10652331   +Premier Bankcard,    Premier/CSI-Dept SDPR,    PO Box 2208,    Vacaville, Ca 95696-8208
9837854    +Providian,    P. O. Box 660487,    Dallas, TX 75266-0487
9837855    +Providian,    P. O. Box 660548,    Dallas, TX 75266-0548
9837856    +SST Card Services,    P. O. Box 23060,    Columbus, OH 31902-3060
9837857    +TSYS Total Debt Management,    P. O. Box 6700,    Norcross, GA 30091-6700
10817331    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
             POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Ebner
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 15, 2007**                    **Signature:**    *Joseph Speetjens*