IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: <br> MILLER, MARY JO <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05-38017 BB <br><br> HONORABLE BRUCE BLACK |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate. Also therein is a final bank statement reflecting a zero balance.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

____12/18/07____                          _____
DATE                                       DEBORAH K. EBNER, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                )    Case No. 05-35017
                                      )
MARY JO MILLER,                       )    Chapter 7
                                      )
                                      )    Honorable Bruce W. Black (Joliet)
           Debtor.                    )

Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows:

1. Compensation      $760.00

   TOTAL             $760.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED

SEP 2 0 2007

ENTERED: _____
         UNITED STATES BANKRUPTCY COURT

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
 ) Case No: 05 B 38017
Mary Jo Miller, ) Chapter 7
Debtor. ) Judge Bruce W. Black (Joliet)

### ORDER AWARDING COMPENSATION TO TRUSTEE'S ATTORNEY

THIS MATTER BEING HEARD on the First and Final Request for Compensation from the Law Office of Deborah K. Ebner, Attorneys for the Trustee in this matter, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation and expense reimbursement in the amount of $6,218.50.

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above subject to the voluntary subordination of this award to other administrative claims and timely and tardily filed general unsecured claims in this case filed as of June 26, 2007, after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____    ENTERED: _____

ENTERED
SEP 2 0 2007
BRUCE W. BLACK BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

Bruce W. Black
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Case No. 05-38017
)
MARY JO MILLER, ) Chapter 7
)
) Honorable Bruce W. Black (Joliet)

Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised;

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation as follows:

1. Compensation    $1,604.27
2. Expenses        $   76.20

   TOTAL           $1,680.47

IT IS HEREBY ORDERED that pursuant to the voluntary consent of Trustee, the Trustee's compensation shall be subordinated to other administrative expenses and timely and tardily general unsecured claims filed in this case as of June 26, 2007.

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED:
_____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
SEP 2 0 2007
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MARY JO MILLER, | ) | CASE NO. 05-38017 BWB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

## DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,492.26 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 728.18 |
| Tardily-Filed Unsecured Claims: | $ 331.66 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 8,552.10 |

EXHIBIT B

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $9,668.97 | 86.53%[1] |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Deborah K. Ebner, Trustee, *Trustee Compensation* | 1,604.27 | 1,365.00 |
| Deborah K. Ebner, Trustee, *Trustee Expenses* | 76.20 | 76.20 |
| Popowcer Katten, Ltd., *Trustee's Accountants Fees (Other Firm)* | 760.00 | 760.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys Fees (Trustee Firm)* | 6,218.50 | 5,291.06 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

---

[1] Trustee and Trustee's Attorneys voluntarily have agreed to the subordination of their requests for fees to other administrative claims and the timely and tardy general unsecured claims filed in this case as of June 26, 2007. All other administrative expenses shall receive a distribution equal to 100% of allowed claims.

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $728.18 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 2 | Premier Bankcard | 492.68 | 492.68 |
| 3 | Midwest Heart Specialists | 235.50 | 235.50 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $331.66 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 4 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card | 331.66 | 331.66 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|

| | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Nissan Motor Acceptance<br>P. O. Box 660366<br>Dallas, TX 75266 | $9,231.86 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   October 1, 2007                    /s/Deborah K. Ebner, Trustee
                                            DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-38017 BB | Trustee: | DEBORAH K. EBNER (3304480) |
|---|---|---|---|
| Case Name: | MILLER, MARY JO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | 13-7540794 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/06/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/18/06 | {1} | Mary Jo Miller | | 1110-000 | 8,500.00 | | 8,500.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.86 | | 8,501.86 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.96 | | 8,507.82 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.59 | | 8,513.41 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.40 | | 8,518.81 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.68 | | 8,524.49 |
| 02/25/07 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-38017 | 2300-000 | | 6.07 | 8,518.42 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.24 | | 8,522.66 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.55 | | 8,527.21 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.70 | | 8,531.91 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.70 | | 8,536.61 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.40 | | 8,541.01 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.86 | | 8,545.87 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.71 | | 8,550.58 |
| 09/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.52 | | 8,552.10 |
| 09/11/07 | | To Account #*********1066 | To close and disburse | 9999-000 | | 8,552.10 | 0.00 |

{} Asset reference(s)                    Subtotals :   $8,558.17   $8,558.17

Printed: 12/06/2007 11:36 PM  V.9.55

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-38017 BB |
|---|---|
| Case Name: | MILLER, MARY JO |
| Taxpayer ID #: | 13-7540794 |
| Period Ending: | 12/06/07 |

| Trustee: | DEBORAH K. EBNER (330480) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | **ACCOUNT TOTALS** | | 8,558.17 | 8,558.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,552.10 | |
| | | | **Subtotal** | | 8,558.17 | 6.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,558.17** | **$6.07** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-38017 BB |
| --- | --- |
| Case Name: | MILLER, MARY JO |
| Taxpayer ID #: | 13-7540794 |
| Period Ending: | 12/06/07 |

| Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/11/07 | | From Account #*********1065 | To close and disburse | 9999-000 | 8,552.10 | | 8,552.10 |
| 10/03/07 | 101 | Deborah K. Ebner, Trustee | | 2100-000 | | 1,365.00 | 7,187.10 |
| 10/03/07 | 102 | Deborah K. Ebner, Trustee | | 2200-000 | | 76.20 | 7,110.90 |
| 10/03/07 | 103 | Lois West | | 3410-000 | | 760.00 | 6,350.90 |
| 10/03/07 | 104 | Law Office of Deborah K. Ebner | | 3110-000 | | 5,291.06 | 1,059.84 |
| 10/03/07 | 105 | Premier Bankcard | | 7100-000 | | 492.68 | 567.16 |
| 10/03/07 | 106 | Midwest Heart Specialists | | 7100-000 | | 235.50 | 331.66 |
| 10/03/07 | 107 | eCAST Settlement Corporation assignee of | | 7200-000 | | 331.66 | 0.00 |

|  | ACCOUNT TOTALS | 8,552.10 | 8,552.10 |
| --- | --- | --- | --- |
|  | Less: Bank Transfers | 8,552.10 | 0.00 |
|  | Subtotal | 0.00 | 8,552.10 |
|  | Less: Payments to Debtors | | 0.00 |
|  | NET Receipts / Disbursements | $0.00 | $8,552.10 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-38017 BB |
| Case Name: | MILLER, MARY JO |
| Taxpayer ID #: | 13-7540794 |
| Period Ending: | 12/06/07 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****10-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****10-65 | 8,558.17 | 6.07 | 0.00 |
| Checking # ***-*****10-66 | 0.00 | 8,552.10 | 0.00 |
| TOTAL - ALL ACCOUNTS | $8,558.17 | $8,558.17 | $0.00 |